AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

United States of America
v.
NOURTEN KURUJU
*Defendant*

Case No. 5:26-MJ-67

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* NOURTEN KURUJU, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☑ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §611 Voting by an Alien in a Federal Election.

Date: 10/15/2026

[signature]
*Issuing officer's signature*

City and state: Wilkes-Barre, Pennsylvania

LEO A. LATELLA, U.S. MAGISTRATE JUDGE
*Printed name and title*

**Return**

This warrant was received on *(date)* ______________, and the person was arrested on *(date)* ______________ at *(city and state)* ______________.

Date: ______________

______________
*Arresting officer's signature*

______________
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: ______________________________

Known aliases: ______________________________

Last known residence: ______________________________

Prior addresses to which defendant/offender may still have ties: ______________________________

______________________________

Last known employment: ______________________________

Last known telephone numbers: ______________________________

Place of birth: ______________________________

Date of birth: ______________________________

Social Security number: ______________________________

Height: ______________ Weight: ______________

Sex: ______________ Race: ______________

Hair: ______________ Eyes: ______________

Scars, tattoos, other distinguishing marks: ______________________________

______________________________

______________________________

History of violence, weapons, drug use: ______________________________

______________________________

Known family, friends, and other associates *(name, relation, address, phone number)*: ______________________________

______________________________

FBI number: ______________________________

Complete description of auto: ______________________________

______________________________

Investigative agency and address: ______________________________

______________________________

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ______________

______________________________

______________________________

Date of last contact with pretrial services or probation officer *(if applicable)*: ______________________________

______________________________

______________________________