**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NOURTEN KURUJU,<br><br>Defendant | CRIMINAL NO. 3:26-CR-249 |

# PLEA

**NOW,** this 19th day of OCTOBER, 2026, Defendant, NOURTEN KURUJU, having been arraigned in open Court, hereby pleads not guilty to the within Information.

Nourten M. Kuruju
NOURTEN KURUJU
DEFENDANT